UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Joseph Iannacchino, et al.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| v. | ) | **Civil No. 05-cv-11141 RCL** |
| | ) | |
| **Ford Motor Company, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

    In accordance with Local Rule 83.5.2, please enter my appearance as attorney for defendant Magna Donnelly Corporation in the above-referenced matter.

                        Defendant,
                        Magna Donnelly Corporation
                        By its attorneys,

                        _____
                        Peter M. Durney, Esq. BBO #139260
                        Patricia A. Hartnett, Esq. BBO #568206
                        CORNELL & GOLLUB
                        75 Federal Street
                        Boston, Massachusetts 02110
                        (617) 482-8100 (telephone)
                        (617) 482-3917 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2005, a true and correct copy of the foregoing Notice of Appearance was served via first-class, postage pre-paid, U.S. Mail on:

David C. Strouss, Esq.
Kristen Marquis Fritz, Esq.
THORNTON & NAUMES
100 Summer Street – 30th Floor
Boston, MA 02110

Frederick Jekel, Esq.
William Narwold, Esq.
Suzanne Lafleur Klok, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Joseph S. Sano, Esq.
Walter B. Prince, Esq.
Daniel S. Tarlow, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109

John H. Beisner, Esq.
John F. Niblock, Esq.
Mel Andrew Schwing, Esq.
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., Suite 1000
Washington, D.C. 20006-4001

John B. Strasburger, Esq.
James Messenger, Esq.
Jason W. Billeck, Esq.
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002

_____
Peter M. Durney