UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Iannacchino,<br>Victor Marchese, and<br>Soledad Berrios,<br>Individually and as Representatives<br>   of a Proposed Class,<br><br>                             Plaintiffs,<br><br>v.<br><br>Ford Motor Company,<br>Ford Motor Company of Canada, Ltd.,<br>Magna Donnelly Corporation, Individually<br>  and d/b/a Donnelly Corp. and as successor<br>  by merger to Donnelly Corp.,<br>Intier Automotive Seating of America, Inc.,<br>  Individually and d/b/a/ Dortec Industries,<br>and<br>Intier Automotive Closures of America, Inc.,<br>  Individually and d/b/a Dortec Industries,<br><br>                            Defendants. | Civil Action No. 05 11141 RCL |

**INTIER AUTOMOTIVE CLOSURES OF
AMERICA INC. AND INTIER AUTOMOTIVE SEATING
OF AMERICA INC. CORPORATE DISCLOSURE STATEMENT**

Defendants Intier Automotive Closures of America Inc. and Intier Automotive Seating of America Inc. make the following corporate disclosures pursuant to Local Rule 7.3.

**CORPORATE DISCLOSURE OF
INTIER AUTOMOTIVE CLOSURES OF AMERICA INC.**

      1.     Intier Automotive Closures of America Inc. is not a publicly held corporation or entity. And there is no publicly held corporation or other publicly held

entity that owns more than 10% of its stock. It is a wholly-owned subsidiary of Intier Automotive Closures Inc., which in turn is a wholly-owned subsidiary of Intier Automotive Inc., a publicly traded Ontario, Canada corporation whose Class A Subordinate Voting Shares are listed on the Toronto Stock Exchange and the NASDAQ National Market. Intier Automotive Inc. is a majority owned subsidiary of Magna International, Inc., an Ontario, Canada corporation whose Class A Subordinate Voting Shares are listed on the Toronto Stock Exchange and the New York Stock Exchange. Aside from the parties to the litigation, to Intier Automotive Closures of America Inc.'s knowledge, there are no other publicly held corporations or other publicly held entitles that have a direct financial interest in the outcome of this litigation.

## CORPORATE DISCLOSURE OF INTIER AUTOMOTIVE SEATING OF AMERICA INC.

2.      Intier Automotive Seating of America Inc. is not a publicly held corporation or other publicly held entity. And there is no publicly held corporation or other publicly held entity that owns more than 10% of the stock. It is a wholly-owned subsidiary of Intier Automotive of America Holdings, Inc. which is a wholly-owned subsidiary of Intier Automotive of America, Inc., which in turn is a wholly-owned subsidiary of Intier Automotive Inc. Intier Automotive, Inc. is a publicly traded Ontario, Canada corporation whose Class A Subordinate Voting Shares are listed on the Toronto Stock Exchange and the NASDAQ National Market. Intier Automotive Inc. is a majority owned subsidiary of Magna International, Inc., an Ontario, Canada corporation whose Class A Subordinate Voting Shares are listed on the Toronto Stock Exchange and the New York Stock Exchange. Aside from the parties to the litigation, to Intier Automotive

Seating of America Inc.'s knowledge, there are no other publicly held corporations or other publicly held entitles that have a direct financial interest in the outcome of this litigation.

Dated: June 13, 2005

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: *James Messenger/dk*
James L. Messenger BBO #547236
100 Federal Street
Boston, Massachusetts 02110
Telephone: (617) 772-8300
Facsimile: (617) 772-8333

OF COUNSEL:
John B. Strasburger
Jason W. Billeck
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Intier Automotive Closures of America Inc.
and Intier Automotive Seating of America Inc.

Dated: June 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Defendants Intier Automotive Closures of America, Inc. and Intier Automotive Seating of America, Inc.'s Rule 12(b)(2) Motion to Dismiss** was served upon the parties on June 13, 2005 by First Class Mail and Federal Express, addressed to the following:

| | |
|---|---|
| David C. Strouss<br>Kristin Marquis Fritz<br>THORNTON & NAUMES<br>100 Summer Street—30th Floor<br>Boston, MA 02110<br>*Attorneys for Plaintiffs* | Frederick Jekel<br>William Narwold<br>Suzanne Lafleur Klok<br>MOTLEY RICE LLP<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br>*Attorneys for Plaintiffs* |
| Joseph S. Sano<br>Walter B. Prince<br>Daniel S. Tarlow<br>PRINCE, LOBEL, GLOVSKY & TYE, LLP<br>585 Commercial Street<br>Boston, MA 02109<br>*Attorneys for Ford Motor Company,*<br>*Ford Motor Company of Canada, Ltd.* | John H. Beisner<br>John F. Niblock<br>Mel Andrew Schwing<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W., Suite 1000<br>Washington, D.C. 20006-4001<br>*Attorneys for Ford Motor Company,*<br>*Ford Motor Company of Canada, Ltd* |
| Terri Steinhaus Reiskin<br>HOGAN & HARTSON<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004-1109<br>*Attorneys for Magna Donnelly Corporation* | |

*/s/ Danielle Simon*
Danielle Simon