IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH IANNACCHINO, VICTOR MARCHESE, and SOLEDAD BERRIOS, Individually and as Representatives of a Proposed Class

        Plaintiffs,

v.

FORD MOTOR COMPANY, FORD MOTOR COMPANY OF CANADA, LTD., MAGNA DONNELLY CORPORATION, Individually and d/b/a DONNELLY CORP. and as successor by merger to DONNELLY CORP., INTIER AUTOMOTIVE SEATING OF AMERICA, INC., Individually and d/b/a DORTEC INDUSTRIES, and INTIER AUTOMOTIVE CLOSURES OF AMERICA, INC., Individually and d/b/a DORTEC INDUSTRIES,

        Defendants.

Civil Action No. 1: 05-cv-11141-RCL

**CORPORATE DISCLOSURE STATEMENT OF**
**FORD MOTOR COMPANY.**
**PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to Rule 7.3(A) of the Local Rules of the U. S. District Court for the District of Massachusetts and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ford Motor Company. (a private non-government party) certifies that Ford Motor Company has no parent corporation and that no publicly held company owns 10% or more of its stock and no other corporation has a financial interest in this matter.

Dated: June 15, 2005

Respectfully Submitted,

FORD MOTOR COMPANY

By its Attorneys:

*/s/Joseph S. Sano*
Joseph S. Sano (BBO # 545706)
Walter B. Prince, Esq. (BBO#: 406640)
Daniel S. Tarlow, Esq. (BBO# 552920)
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8100

**OF COUNSEL:**

John H. Beisner
John F. Niblock
Mel Andrew Schwing
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., Suite 1000
Washington, D.C. 20006-4001
(202) 383-5300 – Telephone
(202) 383-5414 – Fax

## CERTIFICATE OF SERVICE

I, Joseph S. Sano, hereby certify that on June 15, 2005, I served the within document by causing copies to be mailed by first class mail postage prepaid to counsel of record as follows:

Plaintiffs' Counsel:
David C. Strouss, Esq.
Kristin Marquis Fritz, Esq.
THORNTON & NAUMES
100 Summer Street – 30th Floor
Boston, MA 02110

Plaintiffs' Counsel:
Frederick Jekel, Esq.
William Narwold, Esq.
Suzanne Lafleur Klok, Esq.
MOTLEY RICE LLP
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Intier Automotive Counsel:
John B. Strasburger, Esq.
Jason W. Billeck, Esq.
Weil, Gotshal & Manges LLP
700 Louisiana
Suite 1600
Houston, Texas 77002

Magna Donnelly Corp.'s Counsel:
Terri Steinhaus Reiskin, Esq.
Hogan & Hartson
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109

2

<div style="columns:2">

Intier Automotive Counsel - Local
James Messenger, Esq.
Weil, Gotshal & Manges LLP
100 Federal Street
Boston, MA  02110
617-772-8300

Of Counsel - Ford Motor Company:
John H. Beisner
John F. Niblock
Mel Andrew Schwing
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., Suite 1000
Washington, D.C.  20006-4001

Magna Donnelly Corp.'s Counsel - Local:
Peter M. Durney, Esq.
Patricia A. Hartnett, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA  02110


*/s/Joseph S. Sano*
Joseph S. Sano

</div>