IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH IANNACCHINO, VICTOR MARCHESE, and SOLEDAD BERRIOS, Individually and as Representatives of a Proposed Class<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, FORD MOTOR COMPANY OF CANADA, LTD., MAGNA DONNELLY CORPORATION, Individually and d/b/a DONNELLY CORP. and as successor by merger to DONNELLY CORP., INTIER AUTOMOTIVE SEATING OF AMERICA, INC., Individually and d/b/a DORTEC INDUSTRIES, and INTIER AUTOMOTIVE CLOSURES OF AMERICA, INC., Individually and d/b/a DORTEC INDUSTRIES,<br><br>Defendants. | Civil Action No. 1: 05-cv-11141-RCL |

**CORPORATE DISCLOSURE STATEMENT OF
FORD MOTOR COMPANY OF CANADA, LTD.
<u>PURSUANT TO LOCAL RULE 7.3(A)</u>**

Pursuant to Rule 7.3(A) of the Local Rules of the U. S. District Court for the District of Massachusetts and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ford Motor Company of Canada Ltd. (a private non-government party) certifies that its parent corporation is Ford Motor Company a publicly held company and that no other publicly held company owns 10% or more of its stock and no other corporation has a financial interest in this matter.

Dated:  June 15, 2005

Respectfully Submitted,

FORD MOTOR COMPANY OF CANADA, LTD.,

By its Attorneys:

`/s/Joseph S. Sano`
Joseph S. Sano (BBO # 545706)
Walter B. Prince, Esq. (BBO#: 406640)
Daniel S. Tarlow, Esq. (BBO# 552920)
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8100

**OF COUNSEL:**

John H. Beisner
John F. Niblock
Mel Andrew Schwing
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., Suite 1000
Washington, D.C.  20006-4001
(202) 383-5300 – Telephone
(202) 383-5414 – Fax

## **CERTIFICATE OF SERVICE**

I, Joseph S. Sano, hereby certify that on June 15, 2005, I served the within document by causing copies to be mailed by first class mail postage prepaid to counsel of record as follows:

Plaintiffs' Counsel:
David C. Strouss, Esq.
Kristin Marquis Fritz, Esq.
THORNTON & NAUMES
100 Summer Street – 30th Floor
Boston, MA 02110

Plaintiffs' Counsel:
Frederick Jekel, Esq.
William Narwold, Esq.
Suzanne Lafleur Klok, Esq.
MOTLEY RICE LLP
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464

Intier Automotive Counsel:
John B. Strasburger, Esq.
Jason W. Billeck, Esq.
Weil, Gotshal & Manges LLP
700 Louisiana

Magna Donnelly Corp.'s Counsel:
Terri Steinhaus Reiskin, Esq.
Hogan & Hartson
Columbia Square
555 Thirteenth Street, NW

| | |
|---|---|
| Suite 1600<br>Houston, Texas 77002 | Washington, DC  20004-1109 |
| Intier Automotive Counsel - Local<br>James Messenger, Esq.<br>Weil, Gotshal & Manges LLP<br>100 Federal Street<br>Boston, MA  02110<br>617-772-8300 | Magna Donnelly Corp.'s Counsel - Local:<br>Peter M. Durney, Esq.<br>Patricia A. Hartnett, Esq.<br>Cornell & Gollub<br>75 Federal Street<br>Boston, MA  02110 |
| Of Counsel - Ford Motor Company:<br>John H. Beisner<br>John F. Niblock<br>Mel Andrew Schwing<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W., Suite 1000<br>Washington, D.C.  20006-4001 | |
| | */s/Joseph S. Sano*<br>Joseph S. Sano |

3