UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Iannacchino,<br>Victor Marchese, and<br>Soledad Berrios,<br>Individually and as<br>    Representatives of a Proposed Class,<br><br>              Plaintiffs,<br><br>v.<br><br>Ford Motor Company,<br>Ford Motor Company of Canada, Ltd.,<br>Magna Donnelly Corporation, Individually<br>  And d/b/a Donnelly Corp. and as successor<br>  By merger to Donnelly Corp.,<br>Intier Automotive Seating of America, Inc.,<br>  Individually and d/b/a Dortec Industries,<br>And<br>Intier Automotive Closures of America, Inc.,<br>  Individually and d/b/a Dortec Industries,<br><br>              Defendants. | CIVIL ACTION NO:<br>1:05-cv-11141-RCL |

## PLAINTIFFS' MOTION FOR REMAND
## AND REQUEST FOR ORAL ARGUMENT

Pursuant to 28 U.S.C. § 1447(c), the plaintiffs hereby move this Honorable Court to remand this action to the Middlesex County Superior Court on the grounds that this Court lacks subject matter jurisdiction over this action. A memorandum of law in support of this Motion is attached hereto.

DATED: June 30, 2005

Respectfully submitted,
by plaintiffs' attorneys,

David C. Strouss, Esq. BBO# 546253
Kristen Marquis Fritz, Esq. BBO# 650886
**THORNTON & NAUMES, LLP**
100 Summer Street - 30th Fl
Boston, MA 02110
(617) 720-1333