UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Iannacchino,                   )<br>Victor Marchese, and                  )<br>Soledad Berrios,                         )<br>Individually and as                     )<br>    Representatives of a Proposed Class, )<br>                                                  )<br>            Plaintiffs,           )<br>                                                  )<br>v.                                               )<br>                                                  )<br>Ford Motor Company,                 )<br>Ford Motor Company of Canada, Ltd., )<br>Magna Donnelly Corporation, Individually )<br>  And d/b/a Donnelly Corp. and as successor )<br>  By merger to Donnelly Corp.,     )<br>Intier Automotive Seating of America, Inc., )<br>  Individually and d/b/a Dortec Industries, )<br>And                                           )<br>Intier Automotive Closures of America, Inc.,)<br>  Individually and d/b/a Dortec Industries, )<br>                                                  )<br>            Defendants.        )<br>                                                  ) | CIVIL ACTION NO:<br>1:05-cv-11141-RCL |

**PLAINTIFFS' MOTION FOR REMAND
AND REQUEST FOR ORAL ARGUMENT**

Pursuant to 28 U.S.C. § 1447(c), the plaintiffs hereby move this Honorable Court to remand this action to the Middlesex County Superior Court on the grounds that this Court lacks subject matter jurisdiction over this action. A memorandum of law in support of this Motion is attached hereto.

DATED: June 30, 2005

Respectfully submitted,
by plaintiffs' attorneys,

*/s/ Kristen Marquis Fritz/*

David C. Strouss, Esq. BBO# 546253
Kristen Marquis Fritz, Esq. BBO# 650886
**THORNTON & NAUMES, LLP**
100 Summer Street - 30th Fl
Boston, MA 02110
(617) 720-1333