IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 1:05-cv-11141-RCL

JOSEPH IANNACCHIO,
VICTOR MARCHESE, and
SOLEDED BERRIOS, Individually and as
  Representatives of a Proposed Class,
        Plaintiffs

v.

FORD MOTOR COMPANY,
FORD MOTOR COMPANY OF CANADA, LTD.,
MAGNA DONNELLY CORPORATION, Individually and
  d/b/a Donnelly Corp. as a successor by merger to Donnelly Corp.,
INTIER AUTOMOTIVE SEATING OF AMERICA, INC.,
  Individually and d/b/a Dortec Industries, and
INTIER AUTOMOTIVE CLOSURES OF AMERICA, INC.,
  Individually and d/b/a Dortec Industries,
        Defendants.

### DEFENDANT MAGNA DONNELLY CORPORATION'S
### OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND

Defendant Magna Donnelly Corporation, by its undersigned counsel, hereby opposes Plaintiffs' Motion for Remand, and, as the basis therefor, adopts in its entirety Ford Motor Company's Opposition to Plaintiff's Motion for Remand.

Defendant,
Magna Donnelly Corporation,
By its attorneys,


    /s/ Patricia A. Hartnett
Peter M. Durney, Esq. BBO #139260
Patricia A. Hartnett, Esq. BBO #568206
CORNELL & GOLLUB
75 Federal Street
Boston, Massachusetts 02110
(617) 482-8100 (telephone)
(617) 482-3917 (facsimile)