UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Iannacchino,<br>Victor Marchese, and<br>Soledad Berrios,<br>Individually and as Representatives<br>  of a Proposed Class,<br><br>                    Plaintiffs,<br><br>v.<br><br>Ford Motor Company,<br>Ford Motor Company of Canada, Ltd.,<br>Magna Donnelly Corporation, Individually<br>  and d/b/a Donnelly Corp. and as successor<br>  by merger to Donnelly Corp.,<br>Intier Automotive Seating of America, Inc.,<br>  Individually and d/b/a/ Dortec Industries,<br>and<br>Intier Automotive Closures of America, Inc.,<br>  Individually and d/b/a Dortec Industries,<br><br>                    Defendants. | Civil Action No. 05-CV-11141-RCL |

**DEFENDANTS INTIER AUTOMOTIVE CLOSURES OF AMERICA INC.'S
AND INTIER AUTOMOTIVE SEATING OF AMERICA INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE A
REPLY MEMORANDUM IN SUPPORT OF THEIR 12(b)(2) MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1(B)(3), Defendants Intier Automotive Closures of America Inc. and Intier Automotive Seating of America Inc. (collectively the "Intier Defendants") respectfully request leave to file a Reply Memorandum in Support of Intier Closures's and Intier Seating's 12(b)(2) Motion to Dismiss. Counsel for the Intier Defendants, Andrew Swartz, confirmed with counsel for Plaintiffs that Plaintiffs do not oppose this request. As grounds for their request, the Intier Defendants state that a reply memorandum is necessary to address the facts raised in Plaintiffs' Opposition that the Intier

Defendants could not have anticipated and have not yet had an opportunity to address. The Intier Defendants believe that this reply memorandum will aid the Court in its determination of the issues presented.

WHEREFORE, the Intier Defendants respectfully request that this court grant this Unopposed Request for Leave to File a Reply Memorandum in Support of its 12(b)(2) Motion to Dismiss.

        Respectfully submitted,

        WEIL, GOTSHAL & MANGES LLP

By: _____
James L. Messenger BBO #547236
100 Federal Street
Boston, Massachusetts 02110
Telephone:  (617) 772-8300
Facsimile:  (617) 772-8333

OF COUNSEL:
John B. Strasburger
Jason W. Billeck
Andrew R. Swartz
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Attorneys for Intier Automotive Closures of America Inc.
and Intier Automotive Seating of America Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants Intier Automotive Closures of America, Inc. and Intier Automotive Seating of America, Inc.'s Unopposed Request for Leave to File a Reply Memorandum in Support of its 12(b)(2) Motion to Dismiss was served upon the parties on July 13, 2005, by first class mail, addressed to the following:

David C. Strouss
Kristin Marquis Fritz
THORNTON & NAUMES
100 Summer Street—30th Floor
Boston, MA 02110
*Attorneys for Plaintiffs*

Frederick Jekel
William Narwold
Suzanne Lafleur Klok
MOTLEY RICE LLP
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
*Attorneys for Plaintiffs*

Joseph S. Sano
Walter B. Prince
Daniel S. Tarlow
PRINCE, LOBEL, GLOVSKY & TYE, LLP
585 Commercial Street
Boston, MA 02109
*Attorneys for Ford Motor Company,
Ford Motor Company of Canada, Ltd.*

John H. Beisner
John F. Niblock
Mel Andrew Schwing
O'MELVENY & MYERS LLP
1625 Eye Street, N.W., Suite 1000
Washington, D.C. 20006-4001
*Attorneys for Ford Motor Company,
Ford Motor Company of Canada, Ltd*

Terri Steinhaus Reiskin
HOGAN & HARTSON
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
*Attorneys for Magna Donnelly Corporation*

_____
Danielle Simon