UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Iannacchino,<br>Victor Marchese, and<br>Soledad Berrios,<br>Individually and as Representatives<br>of a Proposed Class,<br><br>                    Plaintiffs,<br><br>v.<br><br>Ford Motor Company,<br>Ford Motor Company of Canada, Ltd.,<br>Magna Donnelly Corporation, Individually<br>  and d/b/a Donnelly Corp. and as successor<br>  by merger to Donnelly Corp.,<br>Intier Automotive Seating of America, Inc.,<br>  Individually and d/b/a/ Dortec Industries,<br>and<br>Intier Automotive Closures of America, Inc.,<br>  Individually and d/b/a Dortec Industries,<br><br>                    Defendants. | Civil Action No. 05-CV-11141-RCL |

**SECOND DECLARATION OF GLEN M. COPELAND IN SUPPORT
OF INTIER AUTOMOTIVE SEATING OF AMERICA, INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Glen M. Copeland, hereby declare pursuant to section 1746 of title 28 of the United States Code:

1. My name is Glen M. Copeland. I am of lawful age and am a resident of Michigan. My work address is 39600 Lewis Drive, Novi Michigan 48377. I am fully competent to make this declaration. I am Vice President - Finance for Intier Automotive Seating of America, Inc. ("Intier Seating of America"). I have personal knowledge of the facts stated herein and all such representations are true and correct.

2. Intier Seating of America is a separate and distinct corporate entity from Intier Automotive Closures of America Inc., Intier Automotive Inc and Intier Automotive Closures Inc.

3. Intier Seating of America is a Delaware corporation with its principal place of business in Novi, Michigan.

4. Both Intier Automotive Closures Inc. and Intier Automotive Inc. are Canadian corporations with their principal places of business in Newmarket, Ontario.

5. Intier Seating of America is not a subsidiary of Intier Automotive Closures Inc. or Intier Automotive Closures of America, Inc. Intier Seating of America maintains separate boards of directors, separate management and employees, separate finances, separate articles of incorporation, separate by-laws, separate corporate minutes and resolutions, and keeps separate accounting books from both Intier Automotive Closures Inc. and Intier Automotive Closures of America, Inc.

6. Intier Seating of America is a wholly owned indirect subsidiary, twice removed, of Intier Automotive Inc. Intier Seating of America is a subsidiary of Intier Automotive of America Holdings, Inc., which is a wholly owned subsidiary of Intier Automotive of America, Inc., which is a wholly owned subsidiary of Intier Automotive Inc. Intier Seating of America and Intier Automotive Inc. maintain separate boards of directors, separate management and employees, separate finances, separate offices, separate articles of incorporation, separate by-laws, separate corporate minutes and resolutions, and keep separate accounting books.

7. Intier Closures of America did not place the advertisements attached to Plaintiffs' Opposition to Intier Closures of America's and Intier Seating of America's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 12, 2005.

_____
Glen M. Copeland