UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Iannacchino, <br> Victor Marchese, and <br> Soledad Berrios, <br> Individually and as Representatives <br> of a Proposed Class, <br><br> Plaintiffs, <br><br> v. <br><br> Ford Motor Company, <br> Ford Motor Company of Canada, Ltd., <br> Magna Donnelly Corporation, Individually <br> and d/b/a Donnelly Corp. and as successor <br> by merger to Donnelly Corp., <br> Intier Automotive Seating of America, Inc., <br> Individually and d/b/a/ Dortec Industries, <br> and <br> Intier Automotive Closures of America, Inc., <br> Individually and d/b/a Dortec Industries, <br><br> Defendants. | Civil Action No. 05-CV-11141-RCL |

**SECOND DECLARATION OF ROBERT TAIT IN SUPPORT OF
INTIER AUTOMOTIVE CLOSURES OF AMERICA INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Robert Tait, hereby declare pursuant to section 1746 of title 28 of the United States Code:

1. My name is Robert Tait. I am of lawful age and am a resident of Redford, Michigan. My work address is 39600 Lewis Drive, Suite 2000, Novi, Michigan 48377. I am fully competent to make this declaration. I am an employee of Intier Automotive Closures of America, Inc. ("Intier Closures of America") and, until recently, have performed many senior engineering functions within the corporation (including Vice-President, Engineering) since

August of 2000. I have personal knowledge of the facts stated herein and all such representations are true and correct.

2. Intier Closures of America is a separate and distinct corporate entity from each of Intier Automotive Inc , Intier Automotive Closures Inc. and Intier Automotive Seating of America, Inc.

3. Intier Closures of America is a Delaware corporation with its principal place of business in Novi, Michigan.

4. Both Intier Automotive Closures Inc. and Intier Automotive Inc., are Ontario, Canada corporations with their principal places of business in Newmarket, Ontario.

5. Intier Closures of America is not a subsidiary of Intier Automotive Seating of America, Inc. Intier Closures of America maintains separate boards of directors, separate management and employees, separate finances, separate articles of incorporation, separate by-laws, separate corporate minutes and resolutions, and keeps separate accounting books from Intier Automotive Seating of America, Inc.

6. Intier Closures of America is not a subsidiary of Intier Automotive Closures Inc. Intier Closures of America maintains separate employees, separate payroll, separate articles of incorporation, separate by-laws, separate corporate minutes and resolutions, and keeps separate accounting books from Intier Automotive Closures Inc.

7. Intier Closures of America is a wholly owned subsidiary of Intier Automotive of America, Inc. which, in turn, is wholly owned by Intier Automotive Inc. However, the companies maintain separate boards of directors, separate employees, separate finances, separate offices, separate articles of incorporation, separate by-laws, separate corporate minutes and resolutions, and both corporations keep separate accounting books.

8.   Intier Closures of America did not place the advertisements attached to Plaintiffs' Opposition to Intier Closures of America's and Intier Seating of America's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 12, 2005.

_____
Robert Tait