UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Iannacchino, )<br>Victor Marchese, and )<br>Soledad Berrios, )<br>Individually and as )<br>    Representatives of a Proposed Class, )<br>)<br>                      Plaintiffs, )<br>)<br>v. )<br>)<br>Ford Motor Company, )<br>Ford Motor Company of Canada, Ltd., )<br>Magna Donnelly Corporation, Individually )<br>  And d/b/a Donnelly Corp. and as successor )<br>  By merger to Donnelly Corp., )<br>Intier Automotive Seating of America, Inc., )<br>  Individually and d/b/a Dortec Industries, )<br>And )<br>Intier Automotive Closures of America, Inc.,)<br>  Individually and d/b/a Dortec Industries, )<br>)<br>                  Defendants. ) | CIVIL ACTION NO:<br><u>1:05-cv-11141-RCL</u> |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO FORD'S
OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND**

Now come the Plaintiffs, pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1(b)(3) hereby move this Honorable Court for leave to file a Reply to Ford's Opposition to Plaintiffs' Motion for Remand. As grounds for this request, Plaintiffs state that a reply is necessary to address arguments raised in Ford's Opposition that were not raised in Ford's Notice of Removal and that Plaintiffs have therefore not had an opportunity to address. The majority of these arguments are based on a case recently decided by the Supreme Court of the United States.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file a Reply.

DATED: July 21, 2005

Respectfully submitted,
by Plaintiffs' attorneys,

David C. Strouss, Esq. BBO# 546253
Kristen Marquis Fritz, Esq. BBO# 650886
**THORNTON & NAUMES**
100 Summer Street - 30th Floor
Boston, MA 02110
(617) 720-1333