UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Iannacchino,<br>Victor Marchese, and<br>Soledad Berrios,<br>Individually and as<br>   Representatives of a Proposed Class,<br><br>                Plaintiffs,<br><br>v.<br><br>Ford Motor Company,<br>Ford Motor Company of Canada, Ltd.,<br>Magna Donnelly Corporation, Individually<br>  And d/b/a Donnelly Corp. and as successor<br>  By merger to Donnelly Corp.,<br>Intier Automotive Seating of America, Inc.,<br>  Individually and d/b/a Dortec Industries,<br>And<br>Intier Automotive Closures of America, Inc.,<br>  Individually and d/b/a Dortec Industries,<br><br>                Defendants. | CIVIL ACTION NO:<br>1:05-cv-11141-RCL |

**NOTICE OF DISMISSAL OF INTIER AUTOMOTIVE SEATING OF AMERICA
INC. AND INTIER AUTOMOTIVE CLOSURES OF AMERICA INC. *ONLY***

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that all claims against defendants Intier Automotive Seating of America Inc. and Intier Automotive Closures of America Inc. are dismissed, without prejudice and without costs, pursuant to the Stipulation of Dismissal entered into between the parties on September 14, 2005.

This Notice of Dismissal and the Stipulation of Dismissal, and nothing contained in either, shall be construed as a waiver of any of Intier Automotive Seating of America

Inc.'s and Intier Automotive Closures of America Inc.'s rights, defenses, or objections to personal jurisdiction.

DATED: September 14, 2005

*/s/ Kristen Marquis Fritz*
David C. Strouss, Esq. BBO# 546253
Kristen Marquis Fritz, Esq. BBO# 650886
**THORNTON & NAUMES**
100 Summer Street - 30th Floor
Boston, MA 02110
(617) 720-1333

AND

Frederick Jekel, Esq.
William Narwold, Esq.
Suzanne Lafleur Klok, Esq.
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000