UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Joseph Iannacchino, et al.** | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil No. 05-cv-11141 RCL |
| | ) | |
| **Ford Motor Company, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MAGNA DONNELLY CORPORATION'S
ASSENTED-TO MOTION FOR ADMISSION
<u>PRO HAC VICE OF TERRI S. REISKIN, ESQ.</u>**

Pursuant to Rule 83.5.3 (b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, hereby moves to grant permission for Terri S. Reiskin, Esquire, of the law firm of Hogan & Hartson LLP, 555 Thirteenth Street, NW, Washington, District of Columbia, to appear <u>pro hac vice</u> on behalf of the defendant Magna Donnelly Corporation in this matter, and to permit this attorney to participate in all matters, including any oral proceeding and trial in this action, which arise during the representation of Magna Donnelly Corporation. As grounds for its motion, Magna Donnelly Corporation states that:

1. Plaintiffs have filed this case seeking damages and injunctive relief, alleging that certain door latch mechanisms installed in vehicles manufactured by Ford Motor Company are defective.

2. Terri S. Reiskin, Esquire, is an attorney at the law firm of Hogan & Hartson LLP, located in Washington, DC. She is counsel for Magna Donnelly Corporation in other matters and has acquired specialized knowledge and expertise regarding the issues

that have arisen and are likely to arise in this case, which will benefit this defendant in the defense of this action.

3. Attorney Reiskin is a member in good standing of the bars of the District of Columbia and the State of Maryland and in every court in which she is admitted. (See Affidavit of Terri S. Reiskin, attached hereto as Exhibit A.)

4. The District of Columbia and the State of Maryland grant like privileges to member of the bar, in good standing, of the Commonwealth of Massachusetts.

5. All parties assent to this motion.

WHEREFORE, the Defendant Magna Donnelly Corporation requests that this Court admit Terri S. Reiskin pro hac vice, pursuant to Local Rule 83.5.3 (b).

Respectfully Submitted,
Magna Donnelly Corporation,
By its attorneys,


/s/ Patricia A. Hartnett
Peter M. Durney, Esq., BBO # 139260
Patricia A. Hartnett, Esq., BBO # 568206
CORNELL & GOLLUB
75 Federal Street
Boston, MA  02110
Telephone:    (617) 482-8100
Facsimile:    (617) 482-3917

**Assented-to**
By plaintiff:


/s/ Kristen Marquis Fritz
Kristen Marquis Fritz, Esq., BBO # 650886
THORNTON & NAUMES, LLP
100 Summer Street – 30th Floor
Boston, MA  02110
Telephone:    (617) 720-1333

**Assented-to**
By Ford Motor Company,


 /s/ Joseph S. Sano
Joseph S. Sano, Esq.  #545706
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA  02109
Telephone: 617/456-8100


CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7.1(a)(2)

    I, Patricia A. Hartnett, hereby certify that, pursuant to Local Rule 7.1(a)(2), I conferred with all counsel on October 12, 2005, and thereby obtained assent on behalf of all parties to this motion.

                                            /s/ Patricia A. Hartnett
                                            Patricia A. Hartnett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph Iannacchino, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil No. 05-cv-11141 RCL |
| ) | |
| Ford Motor Company, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF TERRI S. REISKIN IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

I, Terri S. Reiskin, Esquire, depose and state that:

1. I am an attorney duly licensed to practice law in the State of Maryland and the District of Columbia and am a partner in the firm of Hogan & Hartson L.L.P., 555 Thirteenth Street, NW, Washington, DC 20004 (Telephone: 202-637-5600).

2. I have been a member in good standing of the District of Columbia Bar since 1984.

3. I have been a member in good standing of the State of Maryland Bar since 1995.

4. I am also a member of the bar of the United States District Court for the District of Columbia, the District of Maryland and the Western District of New York, as well as the United States Courts of Appeals for the Third Circuit, Fourth Circuit and the District of Columbia Circuit.

5. I am not presently, nor have I ever been, subject to any disciplinary, disbarment, or suspension proceedings, nor have I been denied admission to the courts of any State or to any Federal Court.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. My application for leave to practice in this Court is on motion of a member of the bar of this Court who has appeared in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 12th day of October, 2005.

Terri S. Reiskin