UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ORDER OF REMAND**

**Joseph Iannacchino et al**
        **Plaintiffs,**
V.                                                                CA/CR No. **05cv11141   RCL**

**Ford Motor Company, et al**
        **Defendants.**                                     Criminal Category _____

    In accordance with the order of remand entered, the clerk shall take forthwith take such steps as are necessary for the prompt remand of this case to the court from which it was removed.

.

                                                     Respectfully,

                                                     SARAH A. THORNTON
                                                     CLERK OF COURT

Date: **11/3/2005**                                        By: **/s/   Steve York**
                                                                Deputy Clerk